UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angela K.[1],

    Plaintiff,

        v.                                        Case No. 1:21cv088

Commissioner of Social Security,            Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on August 8, 2022 (Doc. 13). Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that they may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). No objections to the Magistrate Judge's R&R (Doc. 13) have been filed.

The R&R (Doc. 13) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, and pursuant to sentence four of 42 U.S.C. § 405(g), this matter is remanded back to the Agency for a *de novo* hearing, and decision thereafter, to allow the Administrative Law Judge to articulate how persuasive she found the two psychological consulting opinions and to give further consideration to evidence of Plaintiff's obesity (among other claimed

---

[1] The Magistrate Judge advises that "[t]he Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials." (Doc. 13 PAGEID 1718 n.1 (citing General Order 22-01)).

impairments).

Pursuant to Fed. R. Civ. P. 58, the Clerk shall enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                        s/*Michael R. Barrett*
                                                                        Michael R. Barrett, Judge
                                                                        United States District Court