UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Angela K.[1], | )<br>) |
| Plaintiff, | ) Case No.: 1:21-cv-088<br>) |
| vs. | ) Judge Michael R. Barrett<br>) |
| Commissioner of Social Security, | )<br>) |
| Defendant. | )<br>)<br>) |

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 21, 2024. (Doc. 20). Proper notice was given to the parties under 28 U.S.C. 636(b)(1)(C) and Fed. R. Civ. P. 72(b), including notice that they may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *see Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). No objections to the R&R (Doc. 20) were filed.

The R&R (Doc. 20) of the Magistrate Judge is hereby **ACCEPTED** and **ADOPTED**. Consistent with her recommendation, the motion for an award of attorney fees under the Social Security Act, 42 U.S.C. § 406(b)(1)(A) (Doc. 18) is **GRANTED**, subject to the following condition: the award of $15,536.67 shall be offset by the sum of $5,000.00 previously paid to counsel for the same work under the Equal Access to Justice Act, 28 U.S.C. § 2412 (*see* Doc. 17). Therefore, the Court awards counsel a net contingent fee of **$10,536.67**.

**IT IS SO ORDERED.**    /s/ *Michael R. Barrett*
                          JUDGE MICHAEL R. BARRETT

---

[1] *See* General Order 22-01.